U.S District Court, District of Colorado
Office of the Clerk Alfred A. Arraj
 U.S. Courthouse
 901 19th Street
 Denver, CO 80294

**Petitioner: Kathryn Martinez**

**vs**

**Defendant: Tanner Weakland dba**
**              Sky Ranch Storage**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 MAR 23  PM 2: 38

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

'17 - CV - 00733

Attorney or Party Without Attorney:
 Kathryn Martinez
 9228 E Lehigh Ave
 Denver, Co 80237
Phone Number: (720) 297-4747          Case Number:
FAX Number:
E-mail: kcm80247@yahoo.com            Div.:      Ctrm:
Atty. Reg. #:

## COMPLAINT

Comes now the Plaintiff, Kathryn Martinez, and files this their Complaint against Tanner Weakland, Dba Sky Ranch Storage, and in support thereof would show the following, to-wit:

### 1.

That the Plaintiff, Kathryn Martinez, is an adult resident citizen of Denver County, Colorado.

### 2.

That the Defendant, Tanner Weakland, is an adult resident citizen of Denver County, Colorado, and is licensed to do business and is doing business as Sky Ranch Storage, in Denver County, Colorado.

### Count 1.

### 3.

That the Defendant and or his agents willfully, maliciously and intentionally inflicted emotional distress upon the Plaintiff without just cause and with the intent of harming The Plaintiff and as a direct and proximate cause of Defendants or his agents actions, The Plaintiff was in fact irreparably harmed by the Defendant and or his agents.

U.S District Court, District of Colorado
Office of the Clerk Alfred A. Arraj
 U.S. Courthouse
 901 19th Street
 Denver, CO 80294

**Petitioner: Kathryn Martinez**

**vs**

**Defendant: Tanner Weakland dba
            Sky Ranch Storage**

Attorney or Party Without Attorney:
 Kathryn Martinez
 9228 E Lehigh Ave
 Denver, Co 80237
Phone Number: (720) 297-4747          Case Number:
FAX Number:
E-mail: kcm80247@yahoo.com           Div.:        Ctrm:
Atty. Reg. #:

**COMPLAINT**
Count 2.

**4.**

That the Defendant and or his agents have intentionally, maliciously, and without
just cause, caused irreparable harm to the Plaintiff  and her family by auctioning
off 2 storage containers, which contained everything Plaintiff and her family owned,
including but not limited to, all childhood pictures, photo albums, and keepsakes, that
are not only irreplaceable but also priceless.  The Plaintiff had entrusted the safety of
all of her and her family's possessions to the Defendant and can prove that the
Defendant and or his agents accepted all payments for the rental of these 2 storage
containers, and without just cause or notice to the Plaintiff, sold all contents of both,
sometime in December 2016.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands a judgment to and from
the Defendant in the sum of twenty one thousand one hundred eighteen Dollars
 ($21,118.00) in actual damages, and the sum of Twenty thousand Dollars
($20,000) in punitive damages as compensation for irreplaceable photographs, albums
and personal paperwork, that the Plaintiff can never recover. Total amount ($41,118.00)

Plaintiffs pray for such other relief as in law or equity they may be entitled.

This is the _23rd_ day of _March_, 2017          Respectfully Submitted,

_Kathryn Martinez_

### Plaintiffs Statement

On September 2, 2016, I received an email from Nick Sherburne, agent for Sky Ranch Storage(AKA Mile High Mobile Storage) saying I was behind in my payments on my 2 storage units $660 and if I didn't submit payments within 30 days they would be auctioning both units off. I immediately called the owner, Tanner Weakland, and told him I would be sending in several payments to catch this up and he agreed to hold off on any actions, since he had already locked up both units so we had no access to anything already. I sent several emails to Nick asking for more statements because even though they said I owed $660 total the statements would only allow me to submit payments of $220 each time. I could not change the amount due on the statements and the 2 or 3 times I attempted to take cash payments to their office, they were already closed, so my only way to get payments to them was to submit them online. So if they say I was $660 in arrears on September 2nd I figured out the following:

| 9/2/2016: | arrears | | $660 |
|---|---|---|---|
| | current | | $220 |
| | | | $880 |
| 10/1/2016 | | + | $220 |
| 11/1/2016 | | + | $220 |
| 12/1 2016 | | + | $220 |
| Total amount billed | | | $ 1,540.00 |

Amounts I paid:

| 9/2/2016 | $220 | |
|---|---|---|
| 10/3/2016 | $220 | $1,540.00 |
| 10/6/2016 | $220 | - 1,320.00 |
| 11/14/2016 | $220 | |
| 12/5/2016 | $220 | Balance $220 was not due |
| 12/12/2016 | $220 | until due date of 12/21/2016 |
| Total I paid | $1,320.00 | |

I never received any more emails or phone calls NOTHING AT ALL from Nick or anyone else. On December 19, 2016 I noticed a credit back to my bank account 2 credits of $220 each from Sky Ranch Storage. I called Tanner Weakland right away and asked him if he knew why my last 2 payments would have been credited back to my account and he said, " I guess because we sold both of your units" of course I was hysterical and crying and screaming and asking how he could devastate me and my family by doing this without any notice and especially since my payments were caught up per our phone agreement. I asked when they had sold them and he could only reply " I'm not really sure of the exact date but it was probably a few weeks ago" I also hand delivered a letter begging him to contact the people who bought the containers and tell them I was wiling to do whatever I could including paying cash to them for all personal pictures, papers, etc that would have no value to anyone but my family and no one from Sky Ranch ever responded at all to my plea for help. I have attached all letters, emails, and proof of payments as well as lists and values of property lost.

**Container #1 All owned by Kathryn Martinez and her son Daniel Martinez**

| | |
|---|---|
| Sons Clothes- | $600 |
| Sons Shoes- | $400 |
| My Clothes- | $600 |
| My Shoes - | $400 |
| My Coats - | $400 |
| Linens - | $600 |
| Draperies - | $600 |
| Dining Room Set | $500 |
| Dishes | $500 |
| Pots and Pans | $400 |
| Cleaning supplies | $100 |
| Swifter | $ 30 |
| Vacuum | $150 |
| Carpet Cleaner | $300 |
| Purple Antique Couch | $1000 |
| Bedroom Set | $800 |
| Washing Machine | $200 |
| Propane Heater | $200 |
| 10/ Shoe/wine Racks | $400 |
| 15- Lava Lamps | $300 |
| 6 Fountains | $300 |
| Microwave | $375 |
| Ninja Blender | $100 |
| 4 Slice Toaster | $ 50 |
| Sunbeam Mixer | $150 |
| Kuerig coffee maker | $150 |
| Griddle | $ 63 |
| Jewelry box | $250 |
| Area Rugs | $500 |
| Lawn Furniture | $700 |
| **Total** | **$11,118.00** |

**Container #2 Owned by Crystal , Adam and Soreal Martin**

- Sectional sofa - $500

- Toddler Bed -  $100

- Toddler Canapy - $50

- Dinning Table - $200

- 4 Dining table chaires - $100

- Patio table set - $ 175

- Kids Dream House Doll House - $300

- 32" Flat screen Televiion - $100

- 40" Flat Screen Television - $175

- Reclining Chair - $ 199

- Coffee Table Ottoman - $95

- 6ft Christmas Tree - $200

- Christmas Tree Ornimants Disney collection - $500

- two bedroom night stands - $25each

- Rachel Ray Cookware - $300

- Fiberwar Dishes - $ 75

- King pillow top matress with box spring - $499

- Platform Bedfram - $ 200

- Kin size Bed set with decorative pillows - $85

1

- Toddler Bed Set - $36

- Firearm Safe - $300

- Union station art print - $ 35

- Denver Skyline At print - $ 75

- Barbie Dolls w/ Accesories - $250

- Legos - $85

- Crystals clothing and Shoes - $ 485

- Adams Clothing and shoes - $ 425

- SoReals Clothing and Shoes - $300

- PS4 - $ 299

- XBOX 360 - $ 199

- Games for both game systems - $ 150

- Saphire 16K white gold womens ring - $ 368

- 14K Gold Italian Horn Pindant - $ 125

- 28' werner aluminum ladder - $ 300

- 165pc Mechanics Husky tool set- $ 175

- 8man coleman tent - $130

- Fishing pools and reels - $150

- 10" Dewalt miter saw - $150

- 8" Ryobi table saw - $60

- 3gal 150psi Kobalt air compressor - $150

- 20vlt Dewalt multi tool set - $265

2

- **18vlt Makita Drill and Driver se - $200**

- **Nomelite Snow Blower - $100**

- **15" rafsman chainsaw - $100**

- **Scotts Salt Spreader - $65**

- **Antique Italian 38 caliber pistole - $ 400**

- **Marylan Monroe and Betty page Graffitie art orignals - $50**

- **Cherry wood standing antique Jewlery box - $ 175**

- **Kids Activity table - $150**

- **Kids eisle and chalk board - $ 175**

- **Husky Truck bed tool box - $170**

-------------------------------------------------------------------------------

**TOTAL**                    **$10,000**

3



# Notice of Past Due Rent and Pending Action

September 2, 2016

**To:**    Ms. Kathryn Martinez

**From:**  Mile High Mobile Storage

Rent in the amount of $660.00 was due on the 23rd day of August, 2016.

Please bring your payment to the address below by September 16th, 2016, to avoid seizure of your container for auction to recoup losses.

At this time we will prohibit access to your personal property until payment is received.

In thirty days, if payment in full is not received, Mile High Mobile Storage will place the goods in containers #25 & #32 up for auction at the location listed below.

Sincerely

**Mile High Mobile Storage**
**4390 Madison Street**
**Denver, CO 80216**

Account number: �_____◆____ ■ August 20, 2016 - September 22, 2016 ■ Page 3 of 7



WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 8/31 | | Non-WF ATM Withdrawal authorized on 08/31 1300 W Colfax Acardtronic Denver CO 00466244668946274 ATM ID Ck029900 Card 9044 | | 22.95 | |
| 8/31 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 8/31 | | Purchase authorized on 08/31 Shell Service Station Denver CO P00466244792484973 Card 9044 | | 7.81 | |
| 8/31 | | Fpb CR Card Internet 083016 Webbap22641182 Kathryn Martinez | | 10.00 | |
| 8/31 | | Fpb CR Card Internet 083016 Webbap22641159 Kathryn Martinez | | 20.00 | |
| 8/31 | | Merrick Bank Cor Onlinepymt 160830 162430067418824 Kathryn C Martinez | | 50.00 | 155.05 |
| 9/1 | | ATM Check Deposit on 09/01 Northglenn Northglenn CO 0001488 ATM ID 2415S Card 9044 | 135.00 | | |
| 9/1 | | ATM Cash Deposit on 09/01 8980 E. Hampden Ave Denver CO 0006028 ATM ID 0938P Card 9044 | 140.00 | | |
| 9/1 | | Recurring Payment authorized on 09/01 Amazonprime Member Amzn.Com/Prme WA S306245222925852 Card 9044 | | 11.39 | |
| 9/1 | | ATM Withdrawal authorized on 09/01 Northglenn Northglenn CO 0001489 ATM ID 2415S Card 9044 | | 20.00 | 398.66 |
| 9/2 | | Alpha Park, LLC Quickbooks 160902 xxxxx2383 Martinez, Kathryn | 348.63 | | |
| 9/2 | | Purchase authorized on 09/01 Burger King #2771 Denver CO S466244664880224 Card 9044 | | 8.28 | |
| 9/2 | | Purchase authorized on 08/31 Shell Oil 57442464 Denver CO S586244668398710 Card 9044 | | 18.06 | |
| 9/2 | | Purchase authorized on 09/02 Cricket Wireless 855-246-2461 FL S466245738311019 Card 9044 | | 39.34 | |
| 9/2 | | Purchase authorized on 09/02 Amazon Video on DE Amzn.Com/Bill WA S466246116811891 Card 9044 | | 3.22 | |
| 9/2 | | Purchase authorized on 09/01 WM Superc Wal-Mart Sup Aurora SE CO P00000000040112286 Card 9044 | | 42.17 | |
| 9/2 | | Purchase authorized on 09/02 7-Eleven Denver CO P0000000339246862 Card 9044 | | 6.32 | 629.90 |
| 9/6 | | Purchase authorized on 09/01 AAA Colorado Mbr D 3037538800 CO S306245507967256 Card 9044 | | 17.41 | |
| 9/6 | | Purchase authorized on 09/01 McDonald's F1079 Denver CO S306245527669635 Card 9044 | | 3.87 | |
| 9/6 | | Purchase authorized on 09/01 Starbucks Store 22 Denver CO S466245650694532 Card 9044 | | 14.42 | |
| 9/6 | | Purchase authorized on 09/02 IN *Sky Ranch Stor 720-3899190 CO S386246744040243 Card 9044 | | 220.00 | |
| 9/6 | | Purchase authorized on 09/03 Amazon Video on DE 866-216-1072 WA S586247182383649 Card 9044 | | 3.22 | |
| 9/6 | | Purchase authorized on 09/03 King Soopers #0721 Arvada CO S306247796131385 Card 9044 | | 18.01 | |
| 9/6 | | ATM Withdrawal authorized on 09/03 Arvada Arvada CO 0008057 ATM ID 9967Z Card 9044 | | 80.00 | |
| 9/6 | | Purchase authorized on 09/03 Ross Store #500 Denver CO P00000000844792419 Card 9044 | | 33.09 | |
| 9/6 | | Purchase authorized on 09/04 Amazon Video on DE Amzn.Com/Bill WA S306248336803426 Card 9044 | | 3.10 | |
| 9/6 | | ATM Withdrawal authorized on 09/05 6000 West 44th Avenue Wheat Ridge CO 0005470 ATM ID 0672E Card 9044 | | 160.00 | |
| 9/6 | | Purchase authorized on 09/05 McDonald's F25276 Aurora CO S386249683803199 Card 9044 | | 7.85 | 68.93 |
| 9/7 | | Capital One Online Pmt 625139919461290 8918133367Martinezkath | | 25.00 | 43.93 |
| 9/8 | | ATM Cash Deposit on 09/07 8980 E. Hampden Ave Denver CO 0007881 ATM ID 0938P Card 9044 | 55.00 | | 98.93 |
| 9/9 | | Purchase authorized on 09/09 King Soopers 520 S. WO Denver CO P00386254019069670 Card 9044 | | 21.00 | |

Account number:  ■ September 23, 2016 - October 24, 2016 ■ Page 2 of 6


WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/23 | | Recurring Payment authorized on 09/22 J2 * Fax.Com 888-429-4615 CA S386266572603774 Card 9044 | | 9.99 | |
| 9/23 | | Paypal Inst Xfer 160922 Coolingexch Kc Martinez | | 57.54 | 5.94 |
| 9/26 | | ATM Cash Deposit on 09/25 8980 E. Hampden Ave Denver CO 0002916 ATM ID 0938P Card 9044 | 120.00 | | |
| 9/26 | | Purchase authorized on 09/22 Pilot 0000 Denver CO S306266819868275 Card 9044 | | 2.69 | |
| 9/26 | | Non-WF ATM Withdrawal authorized on 09/26 *E Hampden & S Bank of Am Denver CO 00486270506487902 ATM ID Tcon1729 Card 9044 | | 23.00 | |
| 9/26 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 9/26 | | ATM Withdrawal authorized on 09/26 Northglenn Northglenn CO 0005534 ATM ID 2415S Card 9044 | | 20.00 | |
| 9/26 | | Purchase authorized on 09/26 King Soop 6470 E. Hamp Denver CO P00000000543783652 Card 9044 | | 15.16 | 62.59 |
| 9/27 | | Purchase authorized on 09/27 Cricket Wireless 855-246-2461 FL S466270423896299 Card 9044 | | 21.52 | |
| 9/27 | | Purchase authorized on 09/27 Shell Service Station Denver CO P00306271692927345 Card 9044 | | 7.28 | 33.79 |
| 9/28 | | Card Claim Final Credit 10925165754 | 9.99 | | |
| 9/28 | | Purchase authorized on 09/26 McDonald's F1079 Denver CO S586270531059331 Card 9044 | | 3.87 | |
| 9/28 | | Purchase authorized on 09/27 Shell Service Station Denver CO P00586272089028547 Card 9044 | | 0.97 | 38.94 |
| 9/29 | | Purchase authorized on 09/27 Subway 0005 Denver CO S466271688201266 Card 9044 | | 17.55 | |
| 9/29 | | Purchase authorized on 09/28 Shell Service Station Denver CO P00386273210196318 Card 9044 | | 9.42 | |
| 9/29 | | Purchase authorized on 09/29 Corner Store 4087 Denver CO P00586273533885096 Card 9044 | | 9.64 | 2.33 |
| 9/30 | | Alpha Park, LLC Quickbooks 160930 xxxxx2383 Martinez, Kathryn | 309.38 | | |
| 9/30 | | Online Transfer From Martinez K Way2Save Savings xxxxxx2146 Ref #Ibe5Sypdg3 on 09/30/16 | 30.00 | | 341.71 |
| 10/3 | | ATM Cash Deposit on 10/02 8980 E. Hampden Ave Denver CO 0004780 ATM ID 0938P Card 9044 | 220.00 | | |
| 10/3 | | ATM Check Deposit on 10/03 Northglenn Northglenn CO 0006816 ATM ID 2415S Card 9044 | 135.00 | | |
| 10/3 | | ATM Cash Deposit on 10/03 Northglenn Northglenn CO 0006817 ATM ID 2415S Card 9044 | 140.00 | | |
| 10/3 | | Purchase authorized on 09/30 Cricket Wireless 855-246-2461 FL S466274514273746 Card 9044 | | 93.81 | |
| 10/3 | | Purchase authorized on 10/02 IN *Sky Ranch Stor 720-3899190 CO S466276511113453 Card 9044 | | 220.00 | |
| 10/3 | | Purchase authorized on 10/02 Microsoft *Store 800-642-7676 WA S586278855233931 Card 9044 | | 20.72 | |
| 10/3 | | Purchase authorized on 10/03 Groupon Inc 877-788-7858 IL S466277111661076 Card 9044 | | 44.00 | 458.18 |
| 10/4 | | Purchase authorized on 10/04 Cricket Wireless 855-246-2461 FL S466277640682498 Card 9044 | | 60.00 | 398.18 |
| 10/5 | | Purchase authorized on 10/03 AAA Colorado Mbr D 3037538800 CO S466277512552635 Card 9044 | | 17.41 | |
| 10/5 | | Purchase authorized on 10/04 Goodwill South Bro Englewood CO S466278766857949 Card 9044 | | 18.69 | |
| 10/5 | | Ctl 8002441111 Web 3032214408191 Sarah Martin | | 88.52 | 273.56 |
| 10/6 | | Purchase authorized on 10/05 Kfc/Aw #473 Denver CO S30627973573726 Card 9044 | | 19.32 | |
| 10/6 | | Purchase authorized on 10/05 Kfc/Aw #473 Denver CO S386279736571094 Card 9044 | | 5.61 | |
| 10/6 | | Sky Ranch Storag Sale 161006 Kathryn Martinez | | 220.00 | 28.63 |

Account number:  October 25, 2016 - November 22, 2016  ■ Page 3 of 6


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/3 | | Merrick Bank Cor Onlinepymt 161102 163070071115604 Kathryn C Martinez | | 30.00 | |
| 11/3 | | Fpb CR Card Internet 110216 Webbap25010763 Kathryn Martinez | | 58.87 | |
| 11/3 | | Ctl 8002441111 Web 3032214408191 Sarah Martin | | 78.27 | |
| 11/3 | | Fpb CR Card Internet 110216 Webbap25010825 Kathryn Martinez | | 82.57 | 507.31 |
| 11/4 | | Purchase authorized on 11/03 Big Lots Stores 15351 Aurora CO P00586309080953424 Card 9044 | | 36.13 | |
| 11/4 | | ATM Withdrawal authorized on 11/03 8980 E. Hampden Ave Denver CO 0002167 ATM ID 0938P Card 9044 | | 300.00 | 171.18 |
| 11/7 | | Online Transfer From Martinez K Way2Save Savings xxxxxx2146 Ref #Ibt4Xjqmjc on 11/06/16 | 25.00 | | |
| 11/7 | | Purchase authorized on 11/03 Jimmy Johns # 455 303-741-4100 CO S586308733130985 Card 9044 | | 20.00 | |
| 11/7 | | Purchase authorized on 11/04 Ezpawn 40301 Federal Heigh CO S306309726911885 Card 9044 | | 130.61 | |
| 11/7 | | Non-WF ATM Withdrawal authorized on 11/06 240 Main Street Black Hawk CO 0058631131459 1566 ATM ID Cotlca01 Card 9044 | | 23.75 | |
| 11/7 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 19.32 |
| 11/8 | | ATM Cash Deposit on 11/08 8980 E. Hampden Ave Denver CO 0003357 ATM ID 0938P Card 9044 | 60.00 | | 79.32 |
| 11/10 | | Alpha Park, LLC Quickbooks 161110 xxxxx2383 Martinez, Kathryn | 344.00 | | |
| 11/10 | | Merrick Bank Cor Onlinepymt 161109 163140071548323 Kathryn C Martinez | | 35.00 | 388.32 |
| 11/14 | | ATM Cash Deposit on 11/12 8980 E. Hampden Ave Denver CO 0004257 ATM ID 0938P Card 9044 | 280.00 | | |
| 11/14 | | Purchase authorized on 11/11 Google *Supercell G.CO/Payhelp# CA S306315767108574 Card 9044 | | 4.99 | |
| 11/14 | | Purchase authorized on 11/10 Jpay 800-574-5729 FL S466315857170447 Card 9044 | | 21.45 | |
| 11/14 | | Purchase authorized on 11/11 Apl* Itunes.Com/Bi 866-712-7753 CA S466316216019002 Card 8044 | | 5.18 | |
| 11/14 | | Purchase authorized on 11/11 Starbucks Store 22 Denver CO S586316684084676 Card 9044 | | 28.19 | |
| 11/14 | | Purchase authorized on 11/12 IN *Sky Ranch Stor 720-3899190 CO S306317373142356 Card 9044 | | 220.00 | |
| 11/14 | | Purchase authorized on 11/12 Central Park Arc T Denver CO S586318100030362 Card 9044 | | 70.24 | |
| 11/14 | | Purchase authorized on 11/12 Microsoft *Xbox 800-642-7676 WA S466318105523746 Card 9044 | | 7.99 | |
| 11/14 | | Purchase authorized on 11/14 Shell Service Station Denver CO P00586319846580722 Card 9044 | | 7.28 | |
| 11/14 | | Capital One Online Pmt 631739919065128 8918133367Martinezkath | | 25.00 | 278.00 |
| 11/15 | | Fpb CR Card Internet 111216 Webbap25443751 Kathryn Martinez | | 30.00 | |
| 11/15 | | Merrick Bank Cor Onlinepymt 161112 163170071761731 Kathryn C Martinez | | 30.00 | |
| 11/15 | | Fpb CR Card Internet 111216 Webbap25443748 Kathryn Martinez | | 45.00 | |
| 11/15 | | Kohl's Dept Strs Chg Pymt 161112 043000097148202 Martinez Kathryn | | 50.00 | 123.00 |
| 11/16 | | ATM Cash Deposit on 11/16 8980 E. Hampden Ave Denver CO 0008344 ATM ID 3019B Card 9044 | 120.00 | | 243.00 |
| 11/17 | | Purchase authorized on 11/17 King Soopers 520 S. WO Denver CO P00306322781117413 Card 9044 | | 16.25 | 226.75 |
| 11/18 | | ATM Check Deposit on 11/18 8980 E. Hampden Ave Denver CO 0005906 ATM ID 0938P Card 9044 | 6.00 | | |
| 11/18 | | Purchase authorized on 11/16 Gomez Burritos - P Denver CO S286321717571026 Card 9044 | | 14.35 | |

 Account number: ████████ ■ November 23, 2016 - December 21, 2016 ■ Page 3 of 8

 WELLS FARGO

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|--------------------|--------------------------|----------------------|
| 12/5 | | Online Transfer From Martinez K Way2Save Savings xxxxxx2146 Ref #Ibev4Yxg9S on 12/05/16 | 25.00 | | |
| 12/5 | | Purchase authorized on 12/01 Sonic #3558 Federal Hgts CO S586336739762065 Card 3525 | | 2.27 | |
| 12/5 | | Purchase authorized on 12/02 IN *Sky Ranch Stor 720-3899190 CO S306337176788904 Card 3525 | | 220.00 | |
| 12/5 | | Purchase authorized on 12/03 Trthfdr*Truthfinde 800-6998081 CA S468338305964241 Card 3525 | | 27.78 | |
| 12/5 | | ATM Withdrawal authorized on 12/03 8980 E. Hampden Ave Denver CO 0009714 ATM ID 0938P Card 3525 | | 20.00 | |
| 12/5 | | Purchase authorized on 12/03 King Soopers 520 S. WO Denver CO P00466339048632454 Card 3525 | | 18.01 | |
| 12/5 | | Purchase authorized on 12/03 King Soop 520 S. Workm Denver CO P00000000887835453 Card 3525 | | 3.22 | |
| 12/5 | | Purchase authorized on 12/05 Cricket Wireless 855-246-2461 FL S468339279689831 Card 3525 | | 130.00 | |
| 12/5 | | Cash eWithdrawal in Branch/Store 12/05/2016 3:10 Pm 8980 E Hampden Ave Denver CO 3479 | | 38.00 | 40.29 |
| 12/6 | | ATM Cash Deposit on 12/05 8980 E. Hampden Ave Denver CO 0000341 ATM ID 0938P Card 9479 | 40.00 | | |
| 12/6 | | Purchase authorized on 12/06 Corner Store 4099 Englewood CO P00586341555400667 Card 9479 | | 6.51 | 73.78 |
| 12/7 | | Purchase authorized on 12/05 Paypal *Ebay Inc 408-376-7400 CA S306341167734283 Card 9479 | | 14.99 | |
| 12/7 | | Purchase authorized on 12/07 King Soop 6470 E. Hamp Denver CO P00000000883910047 Card 9479 | | 12.66 | 46.13 |
| 12/8 | | Purchase authorized on 12/06 McDonald's F1079 Denver CO S386341593133893 Card 9479 | | 4.08 | |
| 12/8 | | Purchase authorized on 12/07 Kaiser Hidden Lake Westminster CO S306342784458625 Card 9479 | | 1.00 | 41.05 |
| 12/9 | | Alpha Park, LLC Quickbooks 161209 xxxxx2383 Martinez, Kathryn | 427.36 | | |
| 12/9 | | Purchase authorized on 12/07 Sonic #4379 Arvada CO S306342791652358 Card 9479 | | 4.73 | 463.68 |
| 12/12 | | Purchase Return authorized on 12/09 Fgc+1 8552412273 18552412273 Cyp S086322250427231 Card 9044 | 24.95 | | |
| 12/12 | | ATM Cash Deposit on 12/10 8980 E. Hampden Ave Denver CO 0001592 ATM ID 0938P Card 9479 | 220.00 | | |
| 12/12 | | ATM Check Deposit on 12/12 8980 E. Hampden Ave Denver CO 0002025 ATM ID 0938P Card 9479 | 63.51 | | |
| 12/12 | | Purchase authorized on 12/09 Tamarac Shell Denver CO S306345228438017 Card 9479 | | 13.00 | |
| 12/12 | | Purchase authorized on 12/10 Microsoft *Xbox 800-642-7676 WA S386345798616193 Card 9479 | | 19.99 | |
| 12/12 | | Purchase authorized on 12/11 IN *Sky Ranch Stor 720-3899190 CO S466346053062772 Card 9479 | | 220.00 | |
| 12/12 | | Purchase authorized on 12/11 Conoco - A-B Petro Aurora CO S586346114121137 Card 9479 | | 20.12 | |
| 12/12 | | Purchase authorized on 12/10 Shell Service Station Denver CO P00306346175682207 Card 9479 | | 10.30 | |
| 12/12 | | Purchase authorized on 12/11 Vigomkp 8883338010Yhd Gbr S086346264441361 Card 9479 | | 50.00 | |
| 12/12 | | Purchase authorized on 12/11 Ross Stores #1208 Wheat Ridge CO P00000000783233242 Card 9479 | | 51.57 | |
| 12/12 | | ATM Withdrawal authorized on 12/12 8980 E. Hampden Ave Denver CO 0002026 ATM ID 0938P Card 9479 | | 100.00 | 287.16 |
| 12/13 | | ATM Check Deposit on 12/13 8980 E. Hampden Ave Denver CO 0002276 ATM ID 0938P Card 9479 | 60.00 | | |
| 12/13 | | Purchase authorized on 12/13 Cricket Wireless 855-246-2461 FL S466346850814315 Card 9479 | | 116.11 | |
| 12/13 | | Purchase authorized on 12/12 McDonald's F10737 Denver CO S306347610161172 Card 9479 | | 3.96 | |

Account number: ██████████ ■ November 23, 2016 - December 21, 2016 ■ Page 4 of 8



WELLS FARGO

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/13 | | Purchase authorized on 12/12 AAA Colorado Mbr D 3037538800 CO S586348036420530 Card 9479 | | 34.82 | |
| 12/13 | | Purchase authorized on 12/12 AAA Colorado Denver CO S386348046874200 Card 9479 | | 60.00 | |
| 12/13 | | Purchase authorized on 12/12 Wal-Mart Super Center Aurora SE CO P00000000746153712 Card 9479 | | 21.13 | |
| 12/13 | | Purchase authorized on 12/13 King Soopers 520 S. WO Denver CO P00306349015552345 Card 9479 | | 17.50 | 93.64 |
| 12/14 | | Purchase authorized on 12/12 Pilot 0000 Denver CO S586347763629437 Card 9479 | | 7.43 | |
| 12/14 | | Purchase authorized on 12/14 Shell Service Station Denver CO P00468349470871680 Card 9479 | | 4.13 | 82.08 |
| 12/16 | | ATM Cash Deposit on 12/16 8980 E. Hampden Ave Denver CO 0003106 ATM ID 0938P Card 9479 | 140.00 | | |
| 12/16 | | Purchase authorized on 12/14 Good Times Dr Thru Denver CO S466349580031849 Card 9479 | | 4.36 | |
| 12/16 | | Purchase authorized on 12/14 Wendys #0855 Aurora CO S386349778103153 Card 9479 | | 8.16 | |
| 12/16 | | Purchase authorized on 12/16 Family Dollar # Federal Hgts CO P00000000431432881 Card 9479 | | 25.99 | 183.57 |
| 12/19 | | Purchase Return authorized on 12/16 IN *Sky Ranch Stor 720-3899190 CO S626352547563585 Card 9479 | 220.00 | | |
| 12/19 | | Purchase Return authorized on 12/16 IN *Sky Ranch Stor 720-3899190 CO S626352547563586 Card 3525 | 220.00 | | |
| 12/19 | | ATM Cash Deposit on 12/17 8980 E. Hampden Ave Denver CO 0003194 ATM ID 0938P Card 9479 | 120.00 | | |
| 12/19 | | ATM Cash Deposit on 12/19 8980 E. Hampden Ave Denver CO 0003626 ATM ID 0938P Card 9479 | 30.00 | | |
| 12/19 | | Purchase authorized on 12/15 McDonald's F6453 Denver CO S466350604360868 Card 9479 | | 3.87 | |
| 12/19 | | Purchase authorized on 12/16 McDonald's F1079 Denver CO S388351611441070 Card 9479 | | 4.62 | |
| 12/19 | | Purchase authorized on 12/16 Starbucks Store 22 Denver CO S466351736213922 Card 9479 | | 11.66 | |
| 12/19 | | Purchase authorized on 12/16 Sonic #3558 Federal Hgts CO S306351800302194 Card 9479 | | 1.19 | |
| 12/19 | | Purchase authorized on 12/16 Santiago's Express Northglenn CO S586351860278448 Card 9479 | | 7.62 | |
| 12/19 | | Purchase authorized on 12/16 Sei 34316 Johnstown CO P00466352036097683 Card 9479 | | 10.05 | |
| 12/19 | | Recurring Transfer to Martinez K Way2Save Savings Ref #Opey25WV4V xxxxxx2146 | | 25.00 | |
| 12/19 | | Purchase authorized on 12/19 Shell Service Station Denver CO P00306354472551690 Card 9479 | | 7.79 | |
| 12/19 | | Purchase authorized on 12/19 Corner Store 4087 Denver CO P00386354594387512 Card 9479 | | 10.03 | |
| 12/19 | | Paypal Inst Xfer 161218 Ladylainesb Kc Martinez | | 15.00 | 676.74 |
| 12/20 | | ATM Cash Deposit on 12/20 8980 E. Hampden Ave Denver CO 0003955 ATM ID 0938P Card 9479 | 30.00 | | |
| 12/20 | | Purchase authorized on 12/18 Pizza Hut 000-0000000 CO S586354092290938 Card 9479 | | 41.60 | |
| 12/20 | | Kohl's Dept Strs Chg Pymt 161219 043000095362386 Martinez Kathryn | | 27.00 | |
| 12/20 | | Fpb CR Card Internet 121916 Web59228273 Kathryn Martinez | | 30.00 | |
| 12/20 | | Merrick Bank Cor Onlinepymt 161219 1635400073945084 Kathryn C Martinez | | 35.00 | |
| 12/20 | | Fpb CR Card Internet 121916 Web59228244 Kathryn Martinez | | 58.34 | |
| 12/20 | | Centurylink Auto Pay 14174719290 Sarah Martin | | 98.81 | 415.99 |

**Subject:** Invoice 2124 from Sky Ranch Storage

**From:** Nick Sherburne (nsherburne@rlwsand.com)

**To:** kcm80247@yahoo.com;

**Date:** Friday, September 2, 2016 12:17 PM

Sky Ranch Storage

**Invoice** *Due 09/22/2016*
*2124*                                        Amount Due: **$220.00**

Dear Kathryn Martinez:

Your invoice-2124 for 220.00 is attached. Please remit payment at your earliest
convenience.

Thank you for your business - we appreciate it very much.

Sincerely,
Sky Ranch Storage

720-389-9190

View & Pay Invoice

---

## Attachments

3/16/2017                                                                                      Print

**Subject:** Payment confirmation: Invoice 2124 (Sky Ranch Storage)

**From:** QuickBooks Payments (connect@e.connect.intuit.com)

**To:** kcm80247@yahoo.com;

**Date:** Friday, September 2, 2016 2:40 PM

 **Your payment has been sent**

You paid **$220.00** to **Sky Ranch Storage**.

| | |
|---|---|
| **Payment amount** | $220.00 |
| **Paid to** | Sky Ranch Storage |
| **Payment method** | Visa *************9044 |
| **Paid date** | September 2, 2016 |
| **Invoice no** | 2124 |

Your tracking ID: **PG0057050972**

View invoice

                                           © Intuit, Inc. All rights reserved. Privacy | Terms of use

TraceId ec9b1b97-7787-42aa-86ab-c498a59d066a

**Subject:** Re: Invoice 2286 from Sky Ranch Storage

**From:** k.c. martinez (kcm80247@yahoo.com)

**To:** kcm80247@yahoo.com;

**Date:** Monday, October 24, 2016 10:16 PM

Nick,

Once again I need another statement so I can make a payment. thank you   Kathryn

On Monday, October 3, 2016 6:23 AM, k.c. martinez <kcm80247@yahoo.com> wrote:

Nick,

Please send me another invoice for $220 so I can remit a second pmt. I kept trying to pull up old invoices to do it but that doesn't work.

I'm hoping by paying a double pmt this month I will be allowed to access my storages again,  I'm waiting on a lump sum retirement check

from Xcel Energy to pay off the balance but that could take another 30 days to receive that. Thank you        Kathryn

On Wednesday, September 28, 2016 12:05 PM, Nick Sherburne <nsherburne@rlwsand.com> wrote:

## Sky Ranch Storage

**Invoice**   *Due.10/21/2016*
*2286*                                                    Amount Due: **$220.00**
**Dear Kathryn Martinez:**

Your invoice-2286 for 220.00 is attached. Please remit payment at your earliest convenience.

Thank you for your business – we appreciate it very much.

Sincerely,
Sky Ranch Storage

720-389-9190

View & Pay Invoice

3/23/2017                                      (49140 unread) - Yahoo - Yahoo Mail

On Saturday, November 12, 2016 3:24 AM, k.c. martinez <kcm80247@yahoo.com> wrote:

Nick,

Please send me another invoice right away so I can try to get this caught up. Thank you    kathryn

On Monday, October 31, 2016 11:45 AM, Nick Sherburne <nsherburne@rlwsand.com> wrote:

Sky Ranch Storage

**Invoice**   *Due:11/20/2016*
*2477*                                      Amount Due: **$220.00**

Dear Kathryn Martinez:

Your invoice-2477 for 220.00 is attached. Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,
Sky Ranch Storage

720-389-9190

View & Pay Invoice

3/16/2017                                                                    Print

**Subject:** Payment confirmation: Invoice 2477 (Sky Ranch Storage)

**From:** QuickBooks Payments (connect@e.connect.intuit.com)

**To:** kcm80247@yahoo.com;

**Date:** Saturday, November 12, 2016 3:21 AM

 # Your payment has been sent

You paid **$220.00** to **Sky Ranch Storage**.

| | |
|---|---|
| **Payment amount** | $220.00 |
| **Paid to** | Sky Ranch Storage |
| **Payment method** | Visa ************9044 |
| **Paid date** | November 12, 2016 |
| **Invoice no** | 2477 |

Your tracking ID: **PK0067016303**

View invoice



© Intuit, Inc. All rights reserved. Privacy | Terms of use

Trace id 66dabe19-ae0e-464d-b04b-3b69a18995e3



Home    Mail    Search    News    Sports    Finance    Celebrity    Weather    Answers    Flickr    Mobile    Play Fantasy Sports    Tourney Pick Em

All    k.c., search your mailbox    Search Mail    Search Web    Home    k.c.

Compose    Search results    Archive    Move    Collapse    Delete    More

Yahoo (9999+)
kcmartinez1960 (954)
Inbox (9999+)
Drafts (68)
Sent
Archive
Spam (706)
Trash

Smart Views
Important
Unread
Starred
People
Social
Shopping
Travel
Finance
ez paycheck

Folders (16)
ALPHA PARKING
BEAU
Daniel Pomona Freshm...
DannysFootbalTeam20...
discovery pickup
Dudley Media Group
HARFORD IN... (3)
KSSFUELS
MAIL (13)
MORTGAGE LOAN

Recent

**Invoice 1964 from Sky Ranch Storage (2)**    People    Yahoo

Sincerely,
Sky Ranch Storage

720-389-9190

View & Pay Invoice

Inv_1964_f_.pdf

Reply    Reply to All    Forward    More

**k.c. martinez** <kcm80247@yahoo.com>    11/19/16 at 1:08 AM
To  Nick Sherburne

NICK,
    the invoice you sent shows a zero balance so it doesnt give me an option to
pay anything. please send me one that will allow me to make a payment.
    Thanks  k.c.

> Show original message

Reply    Reply to All    Forward    More

Click to Reply, Reply All or Forward

**Nick Sherburne**
nsherburne@rlwsand.co...
(720) 389-9190
Search emails
...

Bomber's top of the ment outfit
shop now ›

TREAT THE
MOMENTS
Beneful
IncrediBites
SAVE NOW

Send

3/23/2017                                                                                    Print

**Subject:** Re: Invoice 2653 from Sky Ranch Storage

**From:** k.c. martinez (kcm80247@yahoo.com)

**To:** nsherburne@rlwsand.com;

**Date:** Thursday, December 1, 2016 9:59 PM

Nick,
I wanted to pay $330 but the invoice doesn't let me change the dollar amount so please send me a new invoice for $110 I need to get this caught up and
paid in full this month so I will have access to my storages.  thanks k.c.

On Thursday, December 1, 2016 11:53 AM, Nick Sherburne <nsherburne@rlwsand.com> wrote:


Sky Ranch Storage

**Invoice**  *Due:12/21/2016*                    Amount Due: **$220.00**
*2653*

Dear Kathryn Martinez:

Your invoice-2653 for 220.00 is attached. Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,
Sky Ranch Storage

720-389-9190


View & Pay Invoice

3/23/2017                                                                                        Print

**Subject:** Payment confirmation: Invoice 2653 (Sky Ranch Storage)

**From:** QuickBooks Payments (connect@e.connect.intuit.com)

**To:** kcm80247@yahoo.com;

**Date:** Thursday, December 1, 2016 9:54 PM



# Your payment has been sent

You paid **$220.00** to **Sky Ranch Storage.**

| | |
|---|---|
| **Payment amount** | $220.00 |
| **Paid to** | Sky Ranch Storage |
| **Payment method** | Visa ************3525 |
| **Paid date** | December 2, 2016 |
| **Invoice no** | 2653 |

Your tracking ID: **PG0069870158**

View invoice



© Intuit, Inc. All rights reserved. Privacy | Terms of use

TraceId c703d72e-4615-494e-bed9-3963d6530061

Kathryn C. Martinez
9228 E. Lehigh Ave.
Denver, Co 80237
    (720)297-4747

Tanner Weakland                           December 20, 2016
Sky Ranch/Mile High Storage
4390 Madison St.
Denver, Co 80216

Mr Weakland,

    After our conversation earlier tonight, when you told
me you sold all the contents of both of my storage contain-
ers, "A couple weeks ago" I was obviously very distraught
since the only notice I ever received about a problem was
an email I received dated September 2, 2016 informing me
that I had a past due amount of $660 at that time and
needed to take care of it.  I never received any letter by
mail, certified or otherwise, nor did I ever get even 1
phone call advising me of this. As soon as I received the
email on 9/2/2016 I called you right away and told you I'd
be making double payments until it was caught up, which you
agreed would be fine. So on September 2 total bill was

|  |  |  |
|---|---|---|
|  | $660 | past due |
|  | $220 | current |
| October 1,added | $220 |  |
| November 1,added | $220 |  |
| December 1,added | $220 |  |

| So total billed | $1,540 |
|---|---|

| My pmts 9/6/16 | -$220 |
|---|---|
| 10/3/16 | -$220 |
| 10/6/16 | -$220 |
| 11/14/16 | -$220 |
| 12/5/16 | -$220 |
| 12/12/16 | -$220 |

| Total Paid | $1,320.00 |
|---|---|

So everything was caught up since the $220 December pmt was not even due until 12/21/2016. So if you sold my storage's 2 weeks ago you did it without cause.  You accepted my payments and never notified me after the one email that there was any problem. My main concern today is for all of mine and my children s personal pictures that can not be replaced. If you could at least contact the buyers and ask for the return of our priceless irreplaceable pictures, I would appreciate it very much or if you could contact the buyers and ask them to call or text me at (720) 297-4747 I will ask them myself. Hopefully it's not too late and they haven't destroyed all of them already. I am hand delivering this letter to your office in the morning hoping something can be saved.  Also I need to know the exact date you sold my belongings if you would please text me that date or if it's easier you can email me back at kcm80247@yahoo.com

Kathryn Martinez